UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

L<small>AURI</small> A<small>NN</small> H<small>OCH</small>,

    Plaintiff,                                    Hon. Gordon J. Quist

v.                                               Case No. 1:16-cv-00405-GJQ-PJG

S<small>ETERUS</small>, I<small>NC</small>.,

    Defendant.
_____/

**<u>ORDER</u>**

The Court was informed on July 16, 2019, during the settlement conference of the parties' agreement to settle this matter. Accordingly,

**IT IS ORDERED** that appropriate stipulated dismissal papers, prepared for entry by United States District Judge Gordon J. Quist, shall be filed with the Court on or before **August 30, 2019**.

Date: July 16, 2019

                                                          /s/ Phillip J. Green
                                                          PHILLIP J. GREEN
                                                          United States Magistrate Judge