UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURI ANN HOCH,

        Plaintiff,

v.

SETERUS, INC.,

        Defendant.

Case No. 1:16-cv-00405
Hon. Gordon J. Quist

_____/

**STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS' FEES**

The parties, by their respective attorneys, having stipulated to the matters contained herein, and the Court being otherwise fully advised in the premises;

IT IS ORDERED that the above-captioned action is hereby dismissed with prejudice and without costs or attorneys' fees as to all parties;

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this action to enforce the terms of the Confidential Settlement and Release Agreement executed by the parties.

SO ORDERED.

Dated:_____

_____
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE

STIPULATED TO BY:

Dated:  October 17, 2019

WESTBROOK LAW PLLC

By:/s/ *Theodore J. Westbrook*
Theodore J. Westbrook (P70834)
Attorneys for Plaintiff
6140 28th St. SE, Suite 115
Grand Rapids, Michigan 49503


DICKINSON WRIGHT PLLC


By:/s/ *Samantha A. Pattwell*
Samantha A. Pattwell (P76564)
Attorneys for Defendant
215 South Washington Square, Suite 200
Lansing, MI  48933