UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURI ANN HOCH,

          Plaintiff,

v.

          Case No. 1:16-cv-00405
          Hon. Gordon J. Quist

SETERUS, INC.,

          Defendant.

_____/

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS' FEES

The parties, by their respective attorneys, having stipulated to the matters contained herein, and the Court being otherwise fully advised in the premises;

IT IS ORDERED that the above-captioned action is hereby dismissed with prejudice and without costs or attorneys' fees as to all parties;

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this action to enforce the terms of the Confidential Settlement and Release Agreement executed by the parties.

SO ORDERED.

Dated: October 18, 2019

          /s/ Gordon J. Quist
          GORDON J. QUIST
          UNITED STATES DISTRICT JUDGE

STIPULATED TO BY:

Dated: October 17, 2019

WESTBROOK LAW PLLC

By:/s/ *Theodore J. Westbrook*
Theodore J. Westbrook (P70834)
Attorneys for Plaintiff
6140 28th St. SE, Suite 115
Grand Rapids, Michigan 49503


DICKINSON WRIGHT PLLC


By:/s/ *Samantha A. Pattwell*
Samantha A. Pattwell (P76564)
Attorneys for Defendant
215 South Washington Square, Suite 200
Lansing, MI  48933